UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BENJAMIN THOMAS HAMMOND,

        Plaintiff,

v.                                                          CASE NO. 3:23-cv-1378-MMH-SJH

RENTGROW, INC.,

        Defendant.

_____/

## **ORDER**

**THIS CAUSE** is before the Court on the parties' Stipulated Protective Order ("Stipulation") (Doc. 25) and the parties' Joint Motion to Extend Expert Disclosure Deadlines ("Motion") (Doc. 26).

The Stipulation is due to be stricken without prejudice. If the parties seek any relief from the Court, stipulated or otherwise, they must file a proper motion and memorandum of law in accordance with Local Rule 3.01. Alternatively, the parties are free to stipulate and enter into a private confidentiality agreement without order of the Court. Such an agreement may be enforced between the parties, provided it is consistent with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this Court's Local Rules, including the restrictions in this Court's Local Rules on sealing. *See* M.D. Fla. R. 1.11.

In the Motion, the parties seek a 21-day extension as to all expert disclosures. The Court has reservations that the parties have shown good cause for this request at

this time. They (i) moved for an extension only one day before the first disclosure deadline; and (ii) support their request only by reference to their request for confidentiality protections, which was also presented as the Stipulation to the Court on the same day. Nevertheless, the parties jointly represent that the requested extension "will not affect any other deadline in this case . . . ." (Doc. 26 at 2.). The Court will grant the Motion but expects the parties to abide by their representation.[1] Thus, the granting of this Motion shall not serve as a basis for seeking to extend any other deadlines in the Case Management and Scheduling Order and Referral to Mediation ("CMSO") (Doc. 22).

Accordingly, it is **ORDERED**:

1.     The Stipulation (**Doc. 25**) is **STRICKEN without prejudice**.

2.     The Motion (**Doc. 26**) is **GRANTED**.

3.     The CMSO (**Doc. 22**) is **AMENDED** as follows: The deadline for Plaintiff to disclose expert reports is extended to **August 1, 2024**. The deadline for Defendant to disclose expert reports is extended to **August 29, 2024**. The deadline for the parties to disclose rebuttal expert reports is extended to **September 26, 2024**. The CMSO is not otherwise altered, and all other deadlines in the CMSO remain.

---

[1] The "wherefore" clause at the conclusion of the Motion is inconsistent with the body of the Motion and appears to be a drafting error. To the extent the Motion could be deemed to request relief other than what is expressly granted herein, it is denied.

4.      The granting of the Motion shall not serve as a basis for seeking to extend any other deadlines in the CMSO.

**DONE AND ORDERED** in Jacksonville, Florida, on July 12, 2024.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record