## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BENJAMIN THOMAS HAMMOND,

      Plaintiff,

v.                                    Case No.   3:23-cv-1378-MMH-SJH

RENTGROW, INC.,

      Defendant.

_____/

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 35; Stipulation) filed on November 8, 2024.   In the Stipulation, the parties request dismissal of this matter with prejudice.   <u>See</u> Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear their own attorney's fees, costs, and expenses.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of November, 2024.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record